**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cr-00089-APG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MANUEL ROMAN, | ) | (Docket No. 14) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to withdraw as attorney.  Docket No. 14.  The Court hereby SETS a hearing on that motion for April 3, 2014, at 2:30 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED:   April 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge