# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br>            Plaintiff(s),<br>vs.<br>MANUEL ROMAN,<br>            Defendant(s). | Case No. 2:14-cr-00089-APG-NJK<br>ORDER<br>(Docket Nos. 14, 15) |

The Court has received a notice from Defendant's counsel that there is a scheduling conflict for the hearing set for April 3, 2014, at 2:30 p.m. in Courtroom 3A. *See* Docket No. 15. The Court hereby CONTINUES that hearing to April 10, 2014, at 2:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge